FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 9 1996

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) MOTION FOR DETENTION |
| vs. | ) HEARING |
| ROBERT SHERMAN BERRY, | ) No. 96-0380A-01 |
| Defendant. | ) |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because case involves (check all that apply):

    _X_ Crime of violence (18 U.S.C. § 3156)

    _X_ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. <u>Reason For Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

MOTION FOR DETENTION HEARING - 1
T61009lc.TRa

3.  <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under Section 3142(e).  (If yes) The presumption applies because (check one or both):

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4.  <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5.  <u>Other Matters</u>.

DATED this __9th__ day of October, 1996.

JAMES P. CONNELLY
United States Attorney

*/s/ Thomas O. Rice*

THOMAS O. RICE
Assistant United States Attorney

MOTION FOR DETENTION HEARING - 2
T61009lc.TRa