John T. Rodgers
Attorney for Robert S. Berry
W. 905 Riverside
#308
Spokane, WA 99201
(509) 624-8650

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff )<br>v. )<br> )<br>ROBERT SHERMAN BERRY, )<br>  Defendant )<br> )<br> )<br>_____ ) | No. CR-96-259-WFN<br><br>ROBERT BERRY'S THIRD RESPONSE<br>TO REQUEST FOR ALIBI EVIDENCE |

Comes now defendant Robert Sherman Berry, by and through his attorney John T. Rodgers, and responds to the United States' request and the Court's Order that he provide notice of any alibi defense or witnesses, as follows

With respect to defendant's whereabouts on April 1st, 1996:

Defendant will assert at trial that he was in Sandpoint, Idaho the entire day, either at his home or at his business, the address to both being known to the government. Defendant was in the company of, if anyone, members of his immediate family. The members of defendant's family, and there whereabouts, are known to the plaintiff United States.

ROBERT BERRY'S THIRD RESPONSE
TO REQUEST FOR ALIBI EVIDENCE
p. 1

JOHN T. RODGERS
Attorney WSB # 8722
905 West Riverside, Suite 308
Spokane, WA 99201
(509) 624-8650



<u>With respect to defendant's whereabouts on July 12th, 1996:</u>

Defendant was again in the City of Sandpoint, Idaho the entire day. Defendant spent the early morning attending local court proceedings relative to his son Curtis, and at the midday having lunch with his family and the afternoon at his home and/or business.

The court proceedings, including Judge Buchanan the Clerk [Foster, making docket notations] can be referenced by docket number CR 96-01163/1164. A copy of that docket sheet is attached and incorporated by this reference.

Respectfully Submitted,

John T. Rodgers
Attorney for Robert Berry

ROBERT BERRY'S THIRD RESPONSE
TO REQUEST FOR ALIBI EVIDENCE
p. 2

JOHN T. RODGERS
Attorney WSB # 8722
905 West Riverside, Suite 308
Spokane, WA 99201
(509) 624-8650