ORIGINAL

APR 0 2 1997
JAMES R. LARSEN, Clerk
_____ Deputy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )   NO.  CR-96-0259-WFN
                               )
     -vs-                      )   V E R D I C T
                               )
ROBERT SHERMAN BERRY, aka Jim  )
     Preston,                  )
                               )
              Defendant.       )
_____)
```

WE, THE JURY in the above-captioned case, find the Defendant, ROBERT SHERMAN BERRY:

1. _____*Guilty*_____ of the offense of conspiracy
   (NOT GUILTY/GUILTY)

as alleged in Count 1 of the Indictment.

2. _____*No Decision*_____ of the offense of destruction
   (NOT GUILTY/GUILTY)

of a building used in Interstate Commerce (the Spokesman Review Office Building on April 1, 1996) as alleged in Count 2 of the Indictment.

3. _____*No Decision*_____ of the offense of use of a
   (NOT GUILTY/GUILTY)

firearm (pipe bomb) during a crime of violence (destruction of the Spokesman Review Office Building on April 1, 1996) as alleged in Count 3 of the Indictment.

VERDICT - 1

128

4. __No Decision__ of the offense of armed bank
   (NOT GUILTY/GUILTY)
robbery on April 1, 1996 as alleged in Count 4 of the Indictment.

5. __No Decision__ of the offense of use of a
   (NOT GUILTY/GUILTY)
firearm (pipe bomb) during a crime of violence (armed bank robbery on April 1, 1996) as alleged in Count 5 of the Indictment.

6. __No Decision__ of the offense of destruction
   (NOT GUILTY/GUILTY)
of a building used in Interstate Commerce (the Planned Parenthood Clinic on July 12, 1996) as alleged in Count 6 of the Indictment.

7. __No Decision__ of the offense of use of a
   (NOT GUILTY/GUILTY)
firearm (pipe bomb) during a crime of violence (destruction of the Planned Parenthood Clinic on July 12, 1996) as alleged in Count 7 of the Indictment.

8. __No Decision__ of the offense of armed bank
   (NOT GUILTY/GUILTY)
robbery on July 12, 1996 as alleged in Count 8 of the Indictment.

9. __No Decision__ of the offense of use of a
   (NOT GUILTY/GUILTY)
firearm during a crime of violence (armed bank robbery on July 12, 1996) as alleged in Count 9 of the Indictment.

10. __Guilty__ of the offense of interstate
    (NOT GUILTY/GUILTY)
transportation of a stolen motor vehicle (Chevrolet Suburban) as alleged in Count 10 of the Indictment.

11. __Guilty__ of the offense of interstate
    (NOT GUILTY/GUILTY)
transportation of a stolen motor vehicle (Ford Aerostar Van) as alleged in Count 11 of the Indictment.

VERDICT - 2

1
2
3
4
5
6
7
...
26

12. _Guilty_ of the offense of possession
(NOT GUILTY/GUILTY)
of unregistered grenades as alleged in Count 12 of the Indictment.

DATED this _2_ day of ~~March~~ April, 1997.

_Alan B Eschenbacher_
PRESIDING JUROR

VERDICT - 3