JAMES P. CONNELLY
UNITED STATES ATTORNEY
Eastern District of Washington
THOMAS O. RICE
STEPHANIE J. LISTER
JOSEPH H. HARRINGTON
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR - 9 1997
JAMES R. LARSEN, CLERK
______ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell,<br>CHARLES HARRISON BARBEE,<br>ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, and<br>BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen,<br>Defendants. | CR-96-257-WFN<br>CR-96-258-WFN<br>CR-96-259-WFN<br>CR-97-066-WFN<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 371<br>Conspiracy (Ct 1)<br><br>18 U.S.C. § 844(i)<br>Destruction of Building Used in Interstate Commerce (Cts 2 & 6)<br><br>18 U.S.C. § 924(c)<br>Use of Firearm During Crime of Violence (Cts 3, 5, 7, & 9)<br><br>18 U.S.C. § 2113(a) & (d)<br>Armed Bank Robbery (Cts 4 & 8) |

The Grand Jury Charges:



**CONSPIRACY**

**COUNT 1**

Beginning on a date unknown to the Grand Jury, but by on or about May 2, 1995, and continuing through on or about March 13, 1997, in the District of Idaho, District of Oregon, Western District of Washington, and the Eastern District of Washington, BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen, defendant herein, and unindicted co-conspirators, Verne Jay Merrell, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, Charles Harrison Barbee, and Robert Sherman Berry, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did knowingly combine, conspire, confederate and agree together and with each other, and with other persons both known and unknown to the grand jury, to commit offenses against the United States, to wit: to commit the crimes in counts 2 through 9 herein, in violation of 18 U.S.C. §§ 844(i), 924(c), and 2113(a) and (d).

In furtherance of the conspiracy and to effect the objects of the conspiracy, certain overt acts were committed in the Eastern District of Washington and elsewhere, to wit, overt acts including, but not limited to:

1. Those acts contained in counts 2 through 9 of this Indictment which are incorporated herein by this reference;
2. On or about May 2, 1995, the possession by CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, of: a SWD, Cobray, M-11, 9mm pistol with a silencer; Washington State license plates registered to vehicles owned by Avis Rent A Car, Spokane,

Washington; two camouflage military flak jackets; military night vision goggles; and a note pad, on one page of which was written, "things to do 1. check out vehicles keys and plates 2. scanner 3. where to park sub 4. gloves 5. change plates on sub 6. emergency phone #'s 7. route out 8. Govt. plates".

3. The mailing, on or about September 6, 1996, of letters to the Spokesman Review and U.S. Bank with a return address of "Phinehas". The letters read, "Your gods are paper. $100,000 of them are no match for Yahweh. (Obadiah 18) Publicly rescind your bounty and declare your gods powerless or those who worship at your alter will suffer His wrath. cc: Spokesman Review".

4. The mailing, on or about September 6, 1996, of a letter addressed to "Director: Planned Parenthood, 20 South Pines, Spokane, Washington", having a return address of "Phinehas". The letter read, "So sorry to have missed you July 12, and you missed the note about Psalm 139. Will do better next time. Halleluyah! (Praise ye Yah)."

5. On or about September 20, 1996, the theft of a 1996 Chevrolet Suburban and a 1996 GMC Sierra Club Coupe pickup from Herning Pontiac, Cadillac, GMC Inc. Pocatello, Idaho;

6. On or about October 8, 1996, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, travelled from Sandpoint, Idaho to Portland, Oregon in a failed robbery attempt of the U.S. Bank in Portland, Oregon;

7. On or about October 8, 1996, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did unlawfully transport in interstate commerce from the state of Idaho, to the states of Oregon and Washington, a 1996 Chevrolet Suburban, stolen from Pocatello, Idaho;

8. On or about October 8, 1996, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did unlawfully transport in interstate commerce from the state of Oregon, to the state of Washington, a 1996 Ford Aerostar van, stolen from Hood River, Oregon;

9. On or about October 8, 1996, the mailing of a letter from Portland, Oregon to the Spokesman-Review in Spokane, Washington;

10. On or about October 8, 1996, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did unlawfully possess unregistered destructive devices, to wit, grenades;

11. On or about October 8, 1996, the possession by ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, of a PWA 223 machine gun;

12. The possession by VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell of a machine gun later found in his home on or about October 10, 1996; and

13. The possession by CHARLES HARRISON BARBEE of grenades later found in his home on or about October 9, 1996;

All in violation of 18 U.S.C. § 371.

**APRIL 1, 1996**

COUNT 2

On or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, maliciously damaged and destroyed, by means of fire and explosive materials, the Spokesman Review Office building located at 13208 East Sprague Avenue, Spokane, Washington, used in and affecting interstate commerce, in violation of 18 U.S.C. § 844(i) and 18 U.S.C. § 2.

COUNT 3

That on or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did knowingly and willfully use and carry a firearm that is a destructive device (a pipe bomb), during and in relation to a crime of violence, to wit, malicious destruction of property in interstate commerce, to wit, the Spokesman Review Office

building, located at 13208 East Sprague Avenue, Spokane, Washington, in violation of 18 U.S.C. § 844(i), all in violation of 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2.

COUNT 4

That on or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, by force, violence, and by intimidation, did take from the person and presence of another, approximately $72,000 of money belonging to and in the care, custody, control, management and possession of U. S. Bank, located at 9208 East Sprague, Spokane, Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did assault and put in jeopardy the life of another person by the use of dangerous weapons, to wit, a destructive device (a pipe bomb) and firearms, all in violation of 18 U.S.C. § 2113(a) and (d) and 18 U.S.C. § 2.

COUNT 5

That on or about April 1, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, and ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, did knowingly and willfully use and carry a firearm

that is a destructive device (a pipe bomb), during and in relation to a crime of violence, to wit, armed bank robbery of the U. S. Bank, located at 9208 East Sprague, Spokane, Washington, in violation of 18 U.S.C. § 2113(d), all in violation of 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2.

**JULY 12, 1996**

COUNT 6

On or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, and BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen, maliciously damaged and destroyed, by means of fire and explosive materials, the Planned Parenthood Clinic building located at South 20 Pines, Spokane, Washington, used in and affecting interstate commerce, in violation of 18 U.S.C. § 844(i) and 18 U.S.C. § 2.

COUNT 7

That on or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, and BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen, did knowingly and willfully use and carry a firearm that is a destructive device (a pipe bomb), during and in relation to a crime of violence, to wit, malicious destruction of property in interstate commerce, to wit, the Planned Parenthood Clinic, located

at South 20 Pines, Spokane, Washington, in violation of 18 U.S.C. § 844(i), all in violation of 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2.

COUNT 8

That on or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, and BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen, by force, violence, and by intimidation, did take from the person and presence of another, approximately $36,666 of money belonging to and in the care, custody, control, management and possession of U.S. Bank, located at 9208 East Sprague, Spokane, Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron Vurmullien, and BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen, did assault and put in jeopardy the life of another person by the use of dangerous weapons, to wit, firearms, all in violation of 18 U.S.C. § 2113(a) and (d) and 18 U.S.C. § 2.

COUNT 9

That on or about July 12, 1996, in the Eastern District of Washington, VERNE JAY MERRELL, aka Jay Merrell, aka Thomas C. James, aka Carl Avery Martell, CHARLES HARRISON BARBEE, ROBERT SHERMAN BERRY, aka Jim Preston, aka Scott Westmann, aka Bryron

Vurmullien, and BRIAN EDWARD RATIGAN, aka Jack O'Brien, aka Lee Phallen, did knowingly and willfully use and carry firearms, during and in relation to a crime of violence, to wit, armed bank robbery of the U. S. Bank, located at 9208 East Sprague, Spokane, Washington, in violation of 18 U.S.C. § 2113(d), all in violation of 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 2.

DATED this 9th day of April, 1997.

A TRUE BILL

John W. Elliott
Foreman

James P. Connelly
JAMES P. CONNELLY
United States Attorney

JAMES B. CRUM
Assistant United States Attorney

Thomas O. Rice
THOMAS O. RICE
Assistant United States Attorney

Stephanie J. Lister
STEPHANIE J. LISTER
Assistant United States Attorney

Joseph H. Harrington
JOSEPH H. HARRINGTON
Assistant United States Attorney