JOHN P. NOLLETTE
Attorney at Law
1408 W. BROADWAY AVE.
SPOKANE, WA 99201
Ph: (509) 701-0566

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:96-00259-WFN-1 |
| Plaintiff, | ) | |
| | ) | ROBERT BERRY'S |
| | ) | OBJECTIONS TO THE |
| | ) | PRESENTENCE |
| v. | ) | INVESTIGATION REPORT |
| | ) | |
| ROBERT S. BERRY, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Robert Berry, through counsel, respectfully submits the following objections to the Presentence Investigation Report (PSIR).

Defendant objects, generally, to the entirety of the PSIR as counsel has not been able to directly contact Mr. Berry to review the document with him.

As stated in defendant's motion to continue sentencing, Mr. Berry is still in transit from a federal facility and has not arrived in Spokane.

When Mr. Berry arrives in Spokane and counsel has had an opportunity to

DEFENDANT ROBERT BERRY'S OBJECTIONS
TO THE PRESENTENCE INVESTIGATION
REPORT- 1

JOHN P. NOLLETTE
Attorney at Law
1408 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

review the case, the PSIR and all other documents associated with the re-sentencing, Mr. Berry will file a more detailed objection to the PSIR.

Dated this 29th day of February, 2020.

Respectfully submitted,

/s/John P. Nollette
John P. Nollette
Attorney for Robert Berry

## CERTIFICATION

I hereby certify that on the 29th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following.

Joseph Harrington
Assistant U.S. Attorney
920 W. Riverside, Room 300
Spokane, WA 99201

/s/John P. Nollette
Attorney for Robert Berry

DEFENDANT ROBERT BERRY'S OBJECTIONS
TO THE PRESENTENCE INVESTIGATION
REPORT- 2

JOHN P. NOLLETTE
Attorney at Law
1408 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566