FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    -vs-<br><br>ROBERT SHERMAN BERRY,<br><br>    Defendant. | No.   2: 96-CR-0259-WFN-1<br><br>ORDER |

Pending before the Court is defense counsel's Motion to Continue Sentencing Date. ECF No. 484. Defense counsel asks that the Court continue the sentencing date over his client's objection because counsel has been unable to meet with Mr. Berry while he has been in transport to the district for resentencing. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defense counsel's Motion to Continue Sentencing Date, filed February 28, 2020, **ECF No. 484**, is **DENIED with the right to renew.** The Court anticipates that Mr. Berry will arrive in the district shortly. If defense counsel does not have enough time to address sentencing issues with Mr. Berry prior to the sentencing hearing, the Court will be open to an oral motion to continue at the time of the sentencing.

2. The **March 18, 2020**, sentencing hearing is **CONFIRMED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Sean Carter.

**DATED** this 2nd day of March, 2020.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

03-02-20

ORDER