FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>VERNE JAY MERRELL, and<br>ROBERT SHERMAN BERRY,<br><br>　　　　　Defendants. | Nos.　2:96-CR-0257-WFN-1<br>　　　　2:96-CR-0259-WFN-1<br><br>ORDER RESETTING<br>RESENTENCING HEARINGS<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

　　　Multiple parties whose presence are required for the upcoming hearings have reported possible exposure to COVID-19 which requires a fourteen-day quarantine. The quarantine period overlaps with Defendants' resentencing hearings. To protect the health of all participants, the resentencing hearings are being rescheduled. The Court has reviewed the file and is fully informed. Accordingly,

　　　**IT IS ORDERED** that:

　　　1. Verne Jay Merrell's (**2:96-CR-0257-WFN-1**) July 9, 2020, resentencing hearing is **STRICKEN and RESET to September 2, 2020**, **at 9:00 a.m., in Spokane**, Washington.

　　　2. Robert Sherman Berry's (**2:96-CR-0259-WFN-1**) July 1, 2020, resentencing hearing is **STRICKEN and RESET to September 1, 2020**, **at 9:00 a.m., in Spokane**, Washington.

　　　The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service—**Action Required AND** the Spokane United States Probation Office.

　　　**DATED** this 30th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　_/s/ WM. Fremming Nielsen_
　　　　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

06-30-20

ORDER