Walter L. Ayers
Ayers Law Firm, P.L.L.C.
1312 North Monroe Street, Suite 133
Spokane, Washington 99201
Telephone: (509) 252-6005

United States District Court
Eastern District of Washington
(Honorable Wm. Fremming Nielsen)

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Robert Sherman Berry.<br><br>　　　　　Defendant(s). | No. 2:96-CR-00259-WFN<br><br>Motion for Compassionate Release and Reduction of Sentence<br><br>Spokane-Without Argument<br><br>April 21, 2021 – 6:30p.m. |

## I. **Motion**

Robert Sherman Berry, through counsel, Walter L. Ayers, respectfully moves this Court for Compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A).

This motion is made and based upon all previous filings related to compassionate release including the following: ECF 522 Motion Seeking an Indicative Ruling for Compassionate Release, ECF 523 Declaration of Walter L. Ayers and its attachments, ECF 524 Sealed Medical Records, ECF 527 Opposition to Government's Motion for Extension of Time to File Response to Defendant's Motion Seeking an Indicative Ruling for Compassionate Release, ECF 528 Declaration of Walter L. Ayers, ECF 529 Sealed Medical Records, ECF 532 Reply RE: Motion Seeking an Indicative Ruling for Compassionate Release with

Declaration of Walter L. Ayers and attachments, ECF 533 Indicative Order Re: Motion for Compassionate Release, ECF 534 Supplemental Briefing RE: Order on Motion for Indicative Ruling for Compassionate Release, ECF 535 Modified Order Re: Motion for Compassionate Release, ECF 536 Notice of to Court that the Ninth Circuit Has Granted the Motion to Remand, and ECF 537 Order Remanding Case. These filings are hereby incorporated by this reference and are in support of this motion for compassionate release.

The Government's previously stated opposition and briefings to this motion are in ECF 525 United States' Motion for Extension of Time to File Response to Defendant's Motion Seeking an Indicative Ruling for Compassionate Release, ECF 526 Motion to Expedite, ECF 531 United States' Response to Defendant's Motion Seeking an Indicative Ruling for Compassionate Release.

## II. Conclusion

Based upon the above information and the filings previously entered before the Court regarding Compassionate Release, the Court should grant the motion.

Dated this 21st day of April 2021        Respectfully Submitted,

*s/Walter L. Ayers*_____
WSBA # 19707
Attorney for Robert Sherman Berry
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: walter@ayerslawfirm.net

## CERTIFICATE OF SERVICE

I, WALTER L. AYERS, hereby certify that on April 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant United States Attorney Joseph Harrington.

*s/Walter L. Ayers*_____
WSBA # 19707
Attorney for Robert Sherman Berry
Ayers Law Firm, P.L.L.C.
1312 N. Monroe Street, Suite 133
Spokane, WA 99201
Telephone/Fax: (509) 252-6005
Email: walter@ayerslawfirm.net